# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Brandon Lomas,<br><br>　　　　Petitioner,<br><br>v.<br><br>Unknown Gunther, et al.,<br><br>　　　　Respondents. | **NO. CV-24-00557-PHX-SRB (ESW)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 16, 2024, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied. Petitioner to take nothing and this action is hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 16, 2024

　　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　　By　　Deputy Clerk